Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
FLORENCIA GARCIA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| FLORENCIA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>Defendants. | Case No. 2:25-cv-02082<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff FLORENCIA GARCIA ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC**

1    Please be advised that this settlement does not affect Plaintiff's claims or rights as

2    they pertain to Defendants, EQUIFAX, INC. ("EQUIFAX"), EXPERIAN

3    INFORMATION SOLUTIONS, INC. ("EXPERIAN") and SYNCHRONY BANK

4    ("SYNCHRONY").

5                                    RESPECTFULLY SUBMITTED,

6    Dated: March 26, 2025          By:    /s/ Cicely T. Ray
                                           Cicely T. Ray, Esq. (SB 213677)
7                                          CICELY T. RAY & ASSOCIATES
                                           4740 Green River Road Suite 314
8                                          Corona, CA 92878
                                           Phone: (951) 735-2488
9                                          Email: Cicely.Ray@Cicelyraylaw.com

10                                         Attorneys for Plaintiff,
                                           FLORENCIA GARCIA

11

12

13

14

15

16

17

18

19

20

21

22    
                                           2
      **NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC**

## CERTIFICATE OF SERVICE

I certify that on March 26, 2025, I served Plaintiff FLORENCIA GARCIA's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By:    */s/ Cicely T. Ray*
Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
FLORENCIA GARCIA

3

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC**